IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| RANDI MARIE BRUCE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:24-cv-00875 |
| | ) | Judge Aleta A. Trauger |
| ADAMS AND REESE, LLP, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, defendant Adams and Reese, LLP's Second Motion to Dismiss (Doc. No. 21) is **GRANTED IN PART and DENIED IN PART**. Specifically, the motion is **DENIED** as to the plaintiff's hostile work environment claim under Title VII but **GRANTED**, insofar as it apparently seeks dismissal of what may arguably be construed as a retaliation claim under Title VII in the plaintiff's First Amended Complaint. The Title VII retaliation claim is **DISMISSED**.

The defendant's Motion to Compel Arbitration (Doc. No. 13) is **DENIED**.

The initial case management order is **RESET** for **March 31, 2025** at **1:00 p.m.**

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge