## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: March 13, 2025

Mr. Brent E. Siler  
Adams & Reese  
6075 Poplar Avenue  
Suite 700  
Memphis, TN 38119

Re: Case No. 25-5210, *Randi Bruce v. Adam and Reese, LLP*  
Originating Case No. 3:24-cv-00875

Dear Counsel,

This appeal has been docketed as case number **25-5210** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **March 27, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:  Appearance of Counsel  
            Civil Appeal Statement of Parties & Issues  
            Disclosure of Corporate Affiliations  
            Application for Admission to 6th Circuit Bar (if applicable)

       Appellee:     Appearance of Counsel
                        Disclosure of Corporate Affiliations
                        Application for Admission to 6th Circuit Bar (if applicable)

   If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                            Sincerely yours,

                                            s/Robin L Baker
                                            Case Manager
                                            Direct Dial No. 513-564-7014

cc: Mr. David Blyth Weatherman

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-5210

RANDI MARIE BRUCE

    Plaintiff - Appellee

v.

ADAM AND REESE, LLP

    Defendant - Appellant